## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN  DISTRICT OF PENNSYLVANIA

IN RE: Rochelle Cunningham                          CHAPTER 13
                        Debtor(s)

                                                    BKY. NO. 17-15354 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for CIM Trust 2015-3AG Mortgage-Backed Notes, Series 2015-3AG and index same on the master mailing list.


                 Respectfully submitted,


                 **/s/ Matteo S. Weiner , Esquire**
                 Matteo S. Weiner, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322 FAX (215) 627-7734