**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE | : | CHAPTER 13 |
| | : | |
| ROCHELLE CUNNINGHAM | : | CASE NO: 17-15354MDC |
| | : | |
| Debtor | : | |
| _____ | : | |

**NOTICE OF DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14
AND NOTICE OF HEARING DATE**

The Debtor has filed an Objection pursuant to the Proof of Claim(s) that you filed in this bankruptcy case.

**<u>Your claim(s) may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**<u>If you do not want the court to eliminate or change your claim(s), you or your lawyer must attend the hearing on the objection</u>**, scheduled to be held before the Honorable **Magdeline D. Coleman** on **January 23, 2018 (01/23/2018)** at **10:30 AM** , in **Courtroom 2**, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim(s).

**<u>If you intend to appear at the hearing</u>**, to contest the objection to your claim, **<u>you must notify the person listed below at last 7 days before the hearing date.</u>** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Attorney for Objector

ALFONSO MADRID, ESQ.
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)
alfonsomadrid.esq@gmail.com