UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROCHELLE CUNNINGHAM, | ) | |
| Debtor | ) | CASE NO. : 17-15354-mdc |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE:** |
| A DIVISION OF CAPITAL ONE N.A. | ) | Thursday, December 21, 2017 |
| Movant | ) | 09:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| ROCHELLE CUNNINGHAM, Debtor | ) | Eastern District of Pennsylvania |
| and ERIN CUNNINGHAM, Co-debtor, | ) | Courtroom No. 2 |
| Respondents | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |
| and | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this 21st day of December, 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the automatic stay and Codebtor stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2013 VOLKSWAGEN Passat Sedan 4D SE I5, V.I.N. 1VWBP7A35DC056832) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

*Magdeline D. C*
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Rochelle Cunningham
49 W. Sharpnack Street
Philadelphia, PA 19119

Erin Cunningham
49 W. Sharpnack Street
Philadelphia, PA 19119

Alfonso G. Madrid, Esquire
757 S. 8th Street
Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107