United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15354-mdc
Rochelle Cunningham                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1           Date Rcvd: Dec 22, 2017
                            Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db            +Rochelle Cunningham,    49 W Sharpnack St,    Philadelphia, PA 19119-2721
13963825      +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
      ALFONSO G. MADRID    on behalf of Debtor Rochelle  Cunningham alfonsomadridlawECF@gmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
      KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROCHELLE CUNNINGHAM, | ) | |
| Debtor | ) | CASE NO. : 17-15354-mdc |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE:** |
| A DIVISION OF CAPITAL ONE N.A. | ) | Thursday, December 21, 2017 |
| Movant | ) | 09:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
| ROCHELLE CUNNINGHAM, Debtor | ) | Eastern District of Pennsylvania |
| and ERIN CUNNINGHAM, Co-debtor, | ) | Courtroom No. 2 |
| Respondents | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |
| and | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this 21st day of December, 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the automatic stay and Codebtor stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2013 VOLKSWAGEN Passat Sedan 4D SE I5, V.I.N. 1VWBP7A35DC056832) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Rochelle Cunningham
49 W. Sharpnack Street
Philadelphia, PA 19119

Erin Cunningham
49 W. Sharpnack Street
Philadelphia, PA 19119

Alfonso G. Madrid, Esquire
757 S. 8th Street
Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107