## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROCHELLE CUNNINGHAM | : | CASE NO: 17-15354MDC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

### CERTIFICATION OF NO RESPONSE TO NOTICE OF APPLICATION FOR COMPENSATION OF DEBTOR'S ATTORNEY

Alfonso Madrid, Esquire, attorney for Debtor in the above-captioned case (hereinafter "Applicant") avers as follows:

1. On December 26, 2017, Applicant filed an APPLICATION FOR COMPENSATION OF DEBTORS' ATTORNEY (the "Application").

2. On December 26, 2017, the Application was filed and served on the Debtor, United States Trustee, Standing Chapter 13 Trustee, and Notice of the Application was served on all parties on the Matrix List of Creditors.

3. As of this date, no objection or other response has been filed to the Application.

WHEREFORE, Applicant requests that the Court grant the Application.

RESPECTFULLY SUBMITTED,

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
757 South 8th St.
Philadelphia PA 19147
(215)925-1002
(215) 689-4809 (fax)