IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROCHELLE CUNNINGHAM | : | CASE NO: 17-15354MDC |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this 23rd day of January, 2018 upon consideration of the Debtor's Objection to Proof of Claim No. 14, and after notice and hearing;

IT IS ORDERED, that the Objection is: SUSTAINED. Claim No. 14 is DISALLOWED as stated. The Claim is limited by the prepetition foreclosure judgement and the doctrine of merger to an allowed secured claim in the amount of **$34,206.27**.

FURTHER ORDERED that Claim 14 is allowed additional interest pursuant to 11 U.S.C.§506(b) in the amount of **$ 1,990.19**. Debtor shall file an amended plan that provides for payment of this amount in addition to the claim.

_____
Magdeline D. Coleman
United States Bankruptcy Judge