United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rochelle Cunningham  
    Debtor

Case No. 17-15354-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: ChrissyW　　　　Page 1 of 1　　　　Date Rcvd: Jan 24, 2018  
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
```
db             +Rochelle Cunningham,    49 W Sharpnack St,    Philadelphia, PA 19119-2721
14027351       +US Bank National Association as Indenture Trustee,    c/o Nationstar Mortgage LLC,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
```
              ALFONSO G. MADRID    on behalf of Debtor Rochelle  Cunningham alfonsomadridlawECF@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| ROCHELLE CUNNINGHAM | : CASE NO: 17-15354MDC |
| Debtor | : |

## ORDER

AND NOW, this 23rd day of January, 2018 upon consideration of the Debtor's Objection to Proof of Claim No. 14, and after notice and hearing;

IT IS ORDERED, that the Objection is: SUSTAINED. Claim No. 14 is DISALLOWED as stated. The Claim is limited by the prepetition foreclosure judgement and the doctrine of merger to an allowed secured claim in the amount of **$34,206.27**.

FURTHER ORDERED that Claim 14 is allowed additional interest pursuant to 11 U.S.C.§506(b) in the amount of **$ 1,990.19**. Debtor shall file an amended plan that provides for payment of this amount in addition to the claim.

_____
Magdeline D. Coleman
United States Bankruptcy Judge