UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                         CASE NO.: 17-15354-MDC
                                                            CHAPTER 13

Rochelle Cunningham,
Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR CIM TRUST 2015-3AG MORTGAGE-BACKED NOTES, SERIES 2015-3AG ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 20, Objection to Confirmation, filed on December 11, 2017.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALFONSO MADRID, ESQ.
LAW OFFICE OF ALFONSO MADRID
757 S. 8TH ST.
PHILADELPHIA, PA  19147

ROCHELLE CUNNINGHAM
49 W SHARPNACK ST
PHILADELPHIA, PA  19119

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

U.S. TRUSTEE
833 CHESTNUT STREET

SUITE 500
PHILADELPHIA, PA  19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com