IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| ROCHELLE CUNNINGHAM | CASE NO: 17-15354MDC |
| Debtor | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 22nd day of February, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C.; and it appearing that:

1. A meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

2. The plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

3. Any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

IT IS ORDERED, that the plan is CONFIRMED with the following change: Part 2, §2(a)(2) is modified to correct the typographical error and correctly reflect that, in addition to the funds paid by debtor prior to the plan amendment on December 14, 2017, $800 monthly payments commence in January 2018, not January 2017.

_____
Magdeline D. Coleman
United States Bankruptcy Judge