```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 17-15354-mdc
Rochelle Cunningham                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: ChrissyW              Page 1 of 1         Date Rcvd: Feb 23, 2018
                             Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
```
db            +Rochelle Cunningham,    49 W Sharpnack St,    Philadelphia, PA 19119-2721
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
```
          ALFONSO G. MADRID    on behalf of Debtor Rochelle  Cunningham alfonsomadridlawECF@gmail.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROCHELLE CUNNINGHAM | : | CASE NO: 17-15354MDC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

>   Total fee award:                         $ 2,000.00
>   Attorney fee already paid by Debtor  $      00.00
>
>   **Net amount to be paid by Trustee   $ 2,000.00**

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

February 23, 2018

_____
Madeline D. Coleman
United States Bankruptcy Judge