United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Rochelle Cunningham
    Debtor

Case No. 17-15354-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 23, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
db        +Rochelle Cunningham,   49 W Sharpnack St,   Philadelphia, PA 19119-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
        ALFONSO G. MADRID   on behalf of Debtor Rochelle  Cunningham alfonsomadridlawECF@gmail.com
        JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance
         jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : CHAPTER 13

ROCHELLE CUNNINGHAM : CASE NO: 17-15354MDC

Debtor :

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 22nd day of February, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C.; and it appearing that:

1. A meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

2. The plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

3. Any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid:

IT IS ORDERED, that the plan is CONFIRMED with the following change: Part 2, §2(a)(2) is modified to correct the typographical error and correctly reflect that, in addition to the funds paid by debtor prior to the plan amendment on December 14, 2017, $800 monthly payments commence in January 2018, not January 2017.

Magdeline D. Coleman
United States Bankruptcy Judge