## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROCHELLE CUNNINGHAM | : | 17-15354MDC |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION
### TO DECLARE LIEN SATISFIED

The Debtor, through counsel, hereby avers:

1. On August 8, 2022, Debtor filed the above-captioned motion (the "Motion"). Doc. No. 47.

2. On August 8, 2022, the Motion and Notice of Motion was served as stated in the Motion.

3. Pursuant to Local Bankruptcy Rule 9014-3, any response to the Motion was due no later than August 25, 2022.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
Community Legal Services of Philadelphia
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 227-4795
Amadrid@clsphila.org