IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROCHELLE CUNNINGHAM | : | CASE NO: 17-15354MDC |
| | : | |
| Debtor | : | |
| _____ | : | |

# **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), any response thereto, and after notice and hearing;

It is ORDERED that the Motion is GRANTED. The Court finds that the mortgage lien on the real property located at 49 W. Sharpnack St. Philadelphia, PA 19119 (the "Property"), arising out of the mortgage dated March 24, 2005 between Debtor and American General Consumer Discount Co. at electronic document number 51145616, the last assignment of which is recorded at document number 53402687 has been SATISFIED.

September 6, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge