United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15354-mdc |
| Rochelle Cunningham | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rochelle Cunningham, 49 W Sharpnack St, Philadelphia, PA 19119-2721 |
| 13963831 | + | Eye Institute at Chesnut Hill, 1200 W Godfrey Ave., Philadelphia, PA 19141-3323 |
| 14018027 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13963833 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13994131 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13963823 | + | Email/Text: g20956@att.com | Sep 22 2022 23:41:00 | AT&T Wireless, c/o Bankruptcy, 1801 Valley View Ln, Dallas, TX 75234-8906 |
| 14023267 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:23 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13963824 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 23:52:23 | Capital One - Bankruptcy Dept, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13963825 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14021568 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:23 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N. Santa Fe Avenue, Dept APS, Oklahoma City OK 73118-7901 |
| 14021569 | | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Capital One Auto Finance c/o AIS Portfolio Service, PO BOX 4360, Houston TX 77210-4360 |
| 13966719 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:23 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13975391 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 165028, Irving, TX 75016-5028 |
| 13963826 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Capital One Retail Servics, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 13996148 | + | Email/Text: bnc@bass-associates.com | Sep 22 2022 23:40:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 13963827 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 23:41:00 | Comenity Bank/Torrid, PO Box 182125, Columbus, OH 43218-2125 |
| 13963828 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 23:52:23 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13963829 | + | Email/Text: bncnotifications@pheaa.org | Sep 22 2022 23:41:00 | Dept of Education/Fed loan svs, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13963830 | | Email/Text: bknotice@ercbpo.com | Sep 22 2022 23:41:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14008736 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:37 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14027354 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2022 23:41:00 | Nationstar Mortgage LLC, PO Box 619094, ATTN:Bankruptcy Dept., Dallas TX 75261-9094 |
| 13963832 | + | Email/Text: bnc@nordstrom.com | Sep 22 2022 23:41:38 | Nordstrom, Colorado Service Center, PO Box 6555, Englewood, CO 80155-6555 |
| 14000766 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 23:41:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13997197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 23:52:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14018022 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13964788 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13963834 | | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:30 | Synchrony Bank/JC Penny, Attn:Bankruptcy Dept, POBox 965060, Orlando, FL 32896-5060 |
| 13963835 | | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:37 | Synchrony Bank/Qcard, Attn:Bankruptcy Dept, POBox 965060, Orlando, FL 32896-5060 |
| 13963836 | | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:30 | Synchrony Bank/Walmart, Attn:Bankruptcy Dept, POBox 965060, Orlando, FL 32896-5060 |
| 14027355 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2022 23:41:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 14004518 | | Email/Text: bncnotifications@pheaa.org | Sep 22 2022 23:41:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13963837 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2022 23:41:00 | US Bank N.A. c/o Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14027351 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2022 23:41:00 | US Bank National Association as Indenture Trustee, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 13997769 | | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2022 23:52:23 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 22, 2022 | Form ID: 138OBJ | Total Noticed: 36

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2022              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Rochelle Cunningham amadrid@clsphila.org |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association as Indenture Trustee for CIM Trust 2015-3AG Mortgage-Backed Notes Series 2015-3AG bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cdigianantonio@rascrane.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Rochelle Cunningham
       Debtor(s)

Case No: 17−15354−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/22/22